# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,   Criminal No. 05-383(1) (DWF/JSM)

      Plaintiff,

v.   **ORDER**

Anthony Alan Taylor,

      Defendant.

_____

W. Anders Folk, Assistant United States Attorney, United States Attorney's Office, counsel for Plaintiff.

Rick E. Mattox, Esq., Mattox Law Office, counsel for Defendant.

_____

      This matter is before the Court upon Defendant Anthony Alan Taylor's ("Defendant") objections to Magistrate Judge Janie S. Mayeron's Report and Recommendation dated January 13, 2006, recommending that: (1) Defendant's motion to suppress evidence of pre-trial identification and in-court identification of the Defendant be denied as moot pursuant to the representation of Defendant's counsel at the time of the hearing; (2) Defendant's motion to suppress evidence obtained as a result of search and seizure of evidence be denied; and (3) Defendant's motion to suppress arrest be denied.

      The Court has conducted a *de novo* review of the record, including a review of the arguments and submissions of counsel, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(c). The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference for purposes of Defendant's objections.

Based upon the *de novo* review of the record and all of the arguments and submissions of the parties and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

**ORDER**

1.  Defendant Anthony Alan Taylor's objections (Doc. No. 38) to Magistrate Judge Janie S. Mayeron's Report and Recommendation dated January 13, 2006, are **DENIED**.

2.  Magistrate Judge Janie S. Mayeron's Report and Recommendation dated January 13, 2006 (Doc. No. 35), is **ADOPTED**.

3.  Defendant Anthony Alan Taylor's Motion to Suppress Evidence of Pre-Trial Identification and In-Court Identification of the Defendant (Doc. No. 17) is **DENIED** as moot pursuant to the representation of Defendant's counsel at the time of the hearing.

4.  Defendant Anthony Alan Taylor's Motion to Suppress Evidence Obtained as a Result of Search and Seizure of Evidence (Doc. No. 21) is **DENIED**.

5.  Defendant Anthony Alan Taylor's Motion to Suppress Arrest (Doc. No. 22) is **DENIED**.

Dated: January 25, 2006            s/Donovan W. Frank
                                   DONOVAN W. FRANK
                                   Judge of United States District Court